IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REJON TAYLOR, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants.* | Case No. _____ |

### **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1, Plaintiffs, by undersigned counsel, respectfully request that the Court issue a temporary restraining order ("TRO") enjoining all Defendants but President Trump from implementing the unlawful and unconstitutional Redesignation Directive and Mandatory ADX Policy by transferring Plaintiffs to the U.S. Penitentiary Florence Administrative Maximum Facility ("ADX"), until such time as the Court can further consider the merits of the Plaintiffs' claims, including any motion for a preliminary injunction that Plaintiffs may bring.[1] Upon information and belief, Defendants will begin transferring Plaintiffs to ADX on or around October 31, 2025. Emergency relief is necessary because the circumstances are exigent and the injuries are irreparable. The attached memorandum of law, along with the supporting declaration and exhibits, set forth the grounds for this motion. A proposed TRO and a certificate of compliance with Local Civil Rule 65.1 are also attached.

---

[1] Plaintiffs would consent to the Court's conversion of this motion for a temporary restraining order to a motion for a preliminary injunction—such that briefing and any argument may proceed on a non-expedited basis—if Defendants would agree to refrain from transferring Plaintiffs to ADX pending the Court's resolution of such a motion.

Dated: October 21, 2025
Washington, DC

Respectfully submitted,

*/s/ Maria V. Morris*

Brian Stull, N.C. 36002*
Claudia Van Wyk, Penn. 95130*
**ACLU FOUNDATION**
201 W. Main St., Ste. 402
Durham, NC 27701
Tel: (919) 682-5659
bstull@aclu.org
cvanwyk@aclu.org

David C. Fathi, Wash. 24893**
Maria V. Morris, D.C. 1697904
Carmen Iguina González, D.C. 1644730
**ACLU FOUNDATION**
915 15th Street NW
Washington, DC 20005
Tel: (202) 393-4930
dfathi@aclu.org
mmorris@aclu.org
ciguinagonzalez@aclu.org

Corene T. Kendrick, Cal. 226642*
**ACLU FOUNDATION**
425 California St., Ste. 700
San Francisco, CA 94104
Tel: (202) 393-4930
ckendrick@aclu.org

Sara Norman, Cal. 189536*
**LAW OFFICES OF SARA NORMAN**
P.O. Box 170462
San Francisco, CA 94117
Tel: (415) 236-3763
sara@saranormanlaw.com

Laura Rovner, Colo. 35592*
Nicole Godfrey, Colo. 41546
Miriam Kerler, Colo. 56575
**STUDENT LAW OFFICE**
**UNIVERSITY OF DENVER**
**STURM COLLEGE OF LAW**
2255 E. Evans Ave., Ste. 335
Denver, CO 80210
Tel: (303) 871-6140
laura.rovner@du.edu
nicole.godfrey@du.edu
miriam.kerler@du.edu

C.J. Sandley, Ala. 5317-S48R*
Kayla Vinson, Ala. 3664-S48Q*
D. Korbin Felder, Miss. 106643*
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6443
csandley@ccrjustice.org
kvinson@ccrjustice.org
kfelder@ccrjustice.org

David Patton*
Ian Robertson*
Krysta Kilinski*
**HECKER FINK LLP**
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
dpatton@heckerfink.com
irobertson@heckerfink.com
kkilinski@heckerfink.com

Martin Totaro*
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (202) 742-2661
mtotaro@heckerfink.com

*Attorneys for Plaintiffs*

*\* Pro hac vice application forthcoming.*
*\*\* Not admitted in D.C.; practice limited to federal courts. Pro hac vice application forthcoming.*

2