# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| REJON TAYLOR, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01161-TJK |
| | ) | |
| DONALD J. TRUMP, President of the United States, *in his official capacity*, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |
| REJON TAYLOR, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-03742-TJK |
| | ) | |
| DONALD J. TRUMP, President of the United States, *in his official capacity*, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

## NOTICE OF FILING OF EXHIBIT

Defendants respectfully provide notice of the filing of Attachment A to the Declaration of Kevin Stremmel, which was inadvertently not attached to the Declaration of Kevin Stremmel when that declaration was filed earlier today in connection with Defendants' Opposition to Plaintiffs Motions for Temporary Restraining Order. Attachment A is a blank copy of form BP-A0659, *Medical Summary of Federal Prisoner/Alien in Transit*. It is filed herewith.

Dated: October 25, 2025                    Respectfully submitted,

                                           BRETT A. SHUMATE
                                           Assistant Attorney General

2

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
(NY Bar No. 4461679)
Senior Counsel
KEVIN K. BELL
MARIANNE F. KIES
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-3336
Email: lisa.marcus@usdoj.gov

*Counsel for Defendants*