# Attachment A to Declaration of Kevin Stremmel: blank copy of form BP-A0659 – Medical Summary of Federal Prisoner/ Alien in Transit

BP-A0659
APR 10

## MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT    CDFRM

**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

---

TB Clearance Yes ☐    No ☐
1. PPD Completed:_____
                          Date
Results: _____ mm

2. CXR Completed:_____
                          Date
Results: _____
3. Symptom free per
   SF-600 x 30 days.
   ☐ YES        ☐ NO

Name

Prisoner/Alien Reg.#

Departed from

Destination       Date

Current   1._____   4._____
Medical   2._____   5._____
Problems  3._____   6._____

Date of Birth: _____  Drug Allergies: _____

| Medication | Dose | Route | Other instructions | AM | Noon | PM | Bedtime | Stop Date |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**ALL MEDICATION TO BE CONTINUED UNTIL EVALUATED BY PHYSICIAN UNLESS OTHERWISE INDICATED**

Special medical equipment required?  ☐ NO    ☐ YES (Specify):

Additional Comments:

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE**

Sign and Print Name - Certifying Health Care Provider        Phone:        Date:

**COMPLETE THIS SECTION IF APPLICABLE**

Mode of Travel Restrictions:        ☐ None        ☐ Ground only        ☐ Air only

Direct Travel:    ☐ No        ☐ Yes        Comment:

Clinical Director/HSA:        Date:

Distribution: Transporting Officer, Health Record, Transferring Institution.