**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REJON TAYLOR, *et al.*,       ) | |
|       ) | |
|     *Plaintiffs,*     ) | |
|       ) | |
|     v.     ) | Case No. 1:25-cv-01161-TJK |
|       ) | |
| DONALD J. TRUMP, President of the ) | |
| United States, *in his official capacity*, et al., ) | |
|       ) | |
|     *Defendants.*     ) | |

| | |
|---|---|
| REJON TAYLOR, *et al.*,       ) | |
|       ) | |
|     *Plaintiffs,*     ) | |
|       ) | |
|     v.     ) | Case No. 1:25-cv-03742-TJK |
|       ) | |
| DONALD J. TRUMP, President of the ) | |
| United States, *in his official capacity*, et al., ) | |
|       ) | |
|     *Defendants.*     ) | |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S ORDER
<u>REGARDING TRANSFER OF PLAINTIFFS</u>**

Pursuant to the Court's October 28, 2025 Order, Defendants hereby notify the Court that the Bureau of Prisons (BOP) plans to transfer almost all the Plaintiffs in *Taylor I* and *Taylor II* who remain at the Special Confinement Unit at U.S. Penitentiary Terre Haute to the U.S. Penitentiary, Administrative Maximum Facility (ADX) within the next several weeks, though no sooner than 10 days from the date of this filing. Defendants cannot provide detailed information about the planned transfer on the public docket without compromising the safety and security of the transfer and BOP facilities and personnel, but are able to provide further details *ex parte* if the Court would like additional information.

1

Dated:  February 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Kevin K. Bell*
KEVIN K. BELL
(GA Bar No. 967210)
MARIANNE F. KIES
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-8613
Email: kevin.k.bell@usdoj.gov

*Attorneys for Defendants*

2