IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REJON TAYLOR, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants*,<br><br>and<br><br>DAVID RUNYON, Reg. 57997-083<br>U.S.P. Terre Haute SCU-FCC<br>P.O. Box 33<br>Terre Haute, IN 47808<br><br>RONALD MIKOS, Reg. 20716-424<br>U.S.P. Terre Haute SCU-FCC<br>P.O. Box 33<br>Terre Haute, IN 47808<br><br>WESLEY COONCE, Reg. 30011-039<br>U.S.P. Terre Haute SCU-FCC<br>P.O. Box 33<br>Terre Haute, IN 47808<br><br>*Proposed Plaintiff-Intervenors.* | Case No. 25 Civ. 3742 (TJK) |

**PLAINTIFFS' EMERGENCY MOTION FOR AN ADMINISTRATIVE INJUNCTION
OR, IN THE ALTERNATIVE, AN INJUNCTION PENDING APPEAL**

1.  Plaintiffs respectfully move the Court for a brief administrative injunction, pursuant to 28 U.S.C. § 1651, to maintain the status quo on a temporary basis until the Court decides Plaintiffs' motion for injunctive relief. Alternatively, Plaintiffs request a ruling from this Court on their motion for injunctive relief no later than February 11, three days before Defendants state that

they may transfer most of the Plaintiffs. Should the Court deny the pending motion for injunctive relief, Plaintiffs request that this Court issue an injunction pending appeal to the D.C. Circuit at the same time it issues a decision on the pending motion to allow Plaintiffs to expeditiously seek review.

2. In support of this motion, Plaintiffs rely upon the accompanying memorandum of law, related filings in support of Plaintiffs' Motion for a Temporary Restraining Order, and the oral argument presented on October 28, 2025.

WHEREFORE, should this Court deny Plaintiffs' Motion for a Temporary Restraining Order, Plaintiffs move this Court for an administrative injunction or an injunction pending appeal, prohibiting Defendants from enforcing or complying with the challenged redesignations and Mandatory ADX Policy until the U.S. Court of Appeals for the D.C. Circuit can consider this matter.

Dated: February 5, 2026  
New York, NY

Respectfully submitted,

*/s/ David Patton*  
David Patton*  
Ian Robertson*  
Krysta Kilinski*  
**HECKER FINK LLP**  
350 Fifth Ave, 63rd Floor  
New York, NY 10118  
Tel: (212) 763-0883  
dpatton@heckerfink.com  
irobertson@heckerfink.com  
kkilinski@heckerfink.com

Brian Stull, N.C. 36002*  
Claudia Van Wyk, Penn. 95130*  
**ACLU FOUNDATION**  
201 W. Main St., Ste. 402  
Durham, NC 27701  
Tel: (919) 682-5659  
bstull@aclu.org  
cvanwyk@aclu.org

Corene T. Kendrick, Cal. 226642*  
**ACLU FOUNDATION**  
425 California St., Ste. 700  
San Francisco, CA 94104  
Tel: (202) 393-4930  
ckendrick@aclu.org

Sara Norman, Cal. 189536*  
**LAW OFFICES OF SARA NORMAN**  
P.O. Box 170462  
San Francisco, CA 94117  
Tel: (415) 236-3763  
sara@saranormanlaw.com

Laura Rovner, Colo. 35592  
Nicole Godfrey, Colo. 41546  
Miriam Kerler, Colo. 56575  
**STUDENT LAW OFFICE**  
**UNIVERSITY OF DENVER**  
**STURM COLLEGE OF LAW**  
2255 E. Evans Ave., Ste. 335  
Denver, CO 80210  
Tel: (303) 871-6140  
laura.rovner@du.edu  
nicole.godfrey@du.edu  
miriam.kerler@du.edu

C.J. Sandley, Ala. 5317-S48R*  
Kayla Vinson, Ala. 3664-S48Q*  
D. Korbin Felder, Miss. 106643*  
**CENTER FOR CONSTITUTIONAL RIGHTS**  
666 Broadway, 7th Floor  
New York, NY 10012  
Tel: (212) 614-6443  
csandley@ccrjustice.org  
kvinson@ccrjustice.org  
kfelder@ccrjustice.org

David C. Fathi, Wash. 24893***  
Maria V. Morris, D.C. 1697904  
Carmen Iguina González, D.C. 1644730  
**ACLU FOUNDATION**  
915 15th Street NW  
Washington, DC 20005  
Tel: (202) 393-4930  
dfathi@aclu.org  
mmorris@aclu.org  
ciguinagonzalez@aclu.org

*Attorneys for Plaintiffs*

Martin Totaro, D.C. 983193  
**HECKER FINK LLP**  
1050 K Street NW, Suite 1040  
Washington, DC 20001  
Tel: (202) 742-2661  
mtotaro@heckerfink.com

*\* Admitted pro hac vice.*  
*\*\*Pro hac vice application pending.*  
*\*\*\* Not admitted in D.C; practice limited to federal courts. Admitted pro hac vice.*