UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REJON TAYLOR, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *in his official capacity*, et al., <br><br> *Defendants*. | Case No. 1:25-cv-03742-TJK |

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR AN ADMINISTRATIVE INJUNCTION OR, IN THE ALTERNATIVE, AN INJUNCTION PENDING APPEAL

Plaintiffs have moved for an administrative injunction under 28 U.S.C. § 1651, or alternatively, for an injunction pending appeal to the U.S. Court of Appeals for the District of Columbia Circuit. ECF No. 64. This extraordinary relief should be denied for the reasons explained in Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order ("TRO"), ECF No. 4, which the Court converted into a Motion for a Preliminary Injunction ("PI").[1] For the same reasons, there is no basis for their requested alternative relief of an injunction pending appeal.

Dated: February 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Kevin K. Bell*

---

[1] The Court converted Plaintiffs' Motion for a TRO into a Motion for a Preliminary Injunction during the hearing on October 28, 2025.

1

KEVIN K. BELL
(GA Bar No. 967210)
MARIANNE F. KIES
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-8613
Email: kevin.k.bell@usdoj.gov

*Attorneys for Defendants*