UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REJON TAYLOR et al.

    *Plaintiffs*,

and

DAVID RUNYON et al.,

    *Plaintiff-Intervenors*

v.

DONALD J. TRUMP et al.,

    *Defendants*.

Civil Action No. 25-3742 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for a Temporary Restraining Order, ECF No. 4, is **CONVERTED** into a Motion for a Preliminary Injunction and **GRANTED**. It is further **ORDERED** that Defendants (except for President Trump) and their agents, representatives, and all persons or entities acting in concert with them are **ENJOINED** from transferring any Plaintiff or Plaintiff-Intervenor to ADX Florence while this suit proceeds.

2. It is further **ORDERED** that Plaintiffs and Plaintiff-Intervenors shall, by February 17, 2026, post a $1.00 bond in accordance with Federal Rule of Civil Procedure 65(c).

**SO ORDERED.**

                                                /s/ Timothy J. Kelly
                                                TIMOTHY J. KELLY
                                                United States District Judge

Date: February 11, 2026