**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| REJON TAYLOR, *et al.*,<br><br>       *Plaintiffs*,<br><br>  and<br><br>DAVID RUNYON, *et al.*,<br><br>       *Plaintiff-Intervenors*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*, in their<br>official capacities,<br><br>       *Defendants*. | Case No. 1:25-cv-03742-TJK |

**JOINT MOTION FOR ENTRY OF ORDER
REGARDING CASE PROCEEDINGS**

The Parties hereby jointly move for entry of the attached order governing further proceedings in this case:

1.      On February 11, 2026, this Court entered a preliminary injunction "enjoin[ing] all Defendants . . . from transferring any Plaintiff to ADX Florence while this suit proceeds." ECF 71.

2.      Under the Prison Litigation Reform Act ("PLRA"), in "any civil action with respect to prison conditions," any order for preliminary injunctive relief automatically expires 90 calendar days after its entry. 18 U.S.C. § 3626(a)(2).

3.      Because this is a civil action "with respect to prison conditions," the Court's preliminary injunction will automatically expire on May 12, 2026 (February 11, 2026 + 90 days).

4.      On March 30, 2026, Defendants filed a Motion to Dismiss. ECF 80. Plaintiffs' Opposition is currently due April 27, 2026. *See* Mar. 25, 2026, Minute Order. Under the current

1

schedule, a decision on Defendants' Motion is not expected until after expiration of the 90-day period.

5.      To maintain the status quo during the pendency of Defendants' Motion and avoid unnecessary contested motion practice over renewal of the preliminary injunction while the Court considers Defendants' Motion, the Parties agree that the Court's February 11, 2026, preliminary injunction should be renewed until 14 calendar days following this Court's resolution of Defendants' Motion to Dismiss.

6.      The Parties further agree that all discovery and case management obligations should be stayed in this case until 14 calendar days following this Court's resolution of Defendants' Motion to Dismiss, at which point the Parties will contact the Court with a proposal for further proceedings in light of the Court's decision.

7.      Defendants reserve the right to move to vacate or amend the preliminary injunction as appropriate at any time. If they do so, Plaintiffs reserve the right to seek discovery to oppose the motion.

8.      Plaintiffs reserve the right to move to renew the preliminary injunction as appropriate following the Court's resolution of Defendants' Motion to Dismiss. Plaintiffs also reserve the right to move for discovery if the Court orders Defendants to produce the administrative record before the Motion to Dismiss is decided and Plaintiffs believe the record is incomplete.

9.      For good cause shown, the Parties respectfully request that the Court enter the attached order: (i) extending the Court's February 11, 2026, preliminary injunction until 14 calendar days following this Court's resolution of Defendants' Motion to Dismiss, and (ii) staying all discovery and case management obligations in this case until 14 calendar days following this Court's resolution of Defendants' Motion to Dismiss.

Dated: April 21, 2026

Respectfully submitted,


/s/ David Patton

David Patton*
Ian Robertson*
Krysta Kilinski*
**HECKER FINK LLP**
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
dpatton@heckerfink.com
irobertson@heckerfink.com
kkilinski@heckerfink.com

Sara Norman, Cal. 189536*
**LAW OFFICES OF SARA NORMAN**
P.O. Box 170462
San Francisco, CA 94117
Tel: (415) 236-3763
sara@saranormanlaw.com

C.J. Sandley, Ala. 5317-S48R*
Kayla Vinson, Ala. 3664-S48Q*
D. Korbin Felder, Miss. 106643*
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6443
csandley@ccrjustice.org
kvinson@ccrjustice.org
kfelder@ccrjustice.org

Brian Stull*
Claudia Van Wyk*
**ACLU FOUNDATION**
201 W. Main St., Ste. 402
Durham, NC 27701
Tel: (919) 682-5659
bstull@aclu.org
cvanwyk@aclu.org

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

/s/ Marianne F. Kies

MARIANNE F. KIES
KEVIN BELL
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: 202-353-1819
Email: Marianne.F.Kies@usdoj.gov

*Attorneys for Defendants*

3

Corene T. Kendrick
**ACLU FOUNDATION**
425 California St., Ste. 700
San Francisco, CA 94104
Tel: (202) 393-4930
ckendrick@aclu.org

Laura Rovner*
Nicole Godfrey
Miriam Kerler
**STUDENT LAW OFFICE**
**UNIVERSITY OF DENVER**
**STURM COLLEGE OF LAW**
2255 E. Evans Ave., Ste. 335
Denver, CO 80210
Tel: (303) 871-6140
laura.rovner@du.edu
nicole.godfrey@du.edu
miriam.kerler@du.edu

David C. Fathi**
Maria V. Morris
Carmen Iguina González
**ACLU FOUNDATION**
915 15th Street NW
Washington, DC 20005
Tel: (202) 393-4930
dfathi@aclu.org
mmorris@aclu.org
ciguinagonzalez@aclu.org

Martin Totaro, D.C. 983193
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (202) 742-2661
mtotaro@heckerfink.com

*Attorneys for Plaintiffs*

*\* Admitted pro hac vice.*
*\*\* Not admitted in D.C; practice limited to federal courts. Admitted pro hac vice.*

4