**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REJON TAYLOR, *et al.*, | |
| *Plaintiffs*, | |
| and | Case No. 1:25-cv-03742-TJK |
| DAVID RUNYON, *et al.*, | |
| *Plaintiff-Intervenors*, | |
| v. | |
| DONALD J. TRUMP, President of the United States, *in his official capacity*, *et al.*, | |
| *Defendants.* | |

## [PROPOSED] ORDER

Having considered the Parties' Joint Motion and Stipulation, (Doc. ___), for good cause shown, IT IS HEREBY GRANTED.

IT IS FURTHER ORDERED:

1.  The Court's February 11, 2026, preliminary injunction is renewed until 14 calendar days following this Court's resolution of Defendants' Motion to Dismiss.

2.  All discovery and case management obligations are stayed until 14 calendar days following this Court's resolution of Defendants' Motion to Dismiss.

IT IS SO ORDERED.


Dated: _____          _____
                                        Hon. Timothy J. Kelly
                                        United States District Judge