**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

REJON TAYLOR et al.,

      *Plaintiffs*,

and

DAVID RUNYON et al.,

      *Plaintiff-Intervenors*,

v.

DONALD J. TRUMP et al.,

      *Defendants*.

Civil Action No. 25-3742 (TJK)

## ORDER

This Court entered a preliminary injunction on February 11, 2026.  *See* ECF No. 70.  In the parties' view, because this case is a "civil action with respect to prison conditions" under the Prison Litigation Reform Act, 18 U.S.C. § 3626(a)(2), that preliminary injunction will expire on May 12, 2026, 90 days after its entry.

For that reason, and to avoid "unnecessary contested motion practice over renewal of the preliminary injunction" while the Court considers Defendants' pending Motion to Dismiss, on April 21, 2026, the parties jointly moved for an extension of the preliminary injunction and a stay of all discovery and case management obligations until 14 days after this Court's resolution of Defendants' Motion.  ECF No. 81 ¶¶ 5–6.  Without objection from either side, the Court construed the request for an extension of the preliminary injunction as a request to reissue a new, identical preliminary injunction.  *See* Second Minute Order of April 24, 2026 (citing *Doe v. Blanche*, No. 25-5099, 2026 WL 1042002, at *6–7 (D.C. Cir. Apr. 17, 2026)).

For the reasons already set forth in the Court's prior Memorandum Opinion, ECF No. 71, the Court again finds that Plaintiffs have shown a likelihood of success on the merits of their due process claim, that they will be irreparably harmed by the likely denial of their constitutional rights absent preliminary relief, that the balance of equities tips in Plaintiffs' favor, and that an injunction is in the public interest. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008). The Court also finds, after "giv[ing] substantial weight to any adverse impact on public safety or the operation of a criminal justice system," that the most "narrowly drawn" and "least intrusive" scope of relief, which "extends no further than necessary to correct the violation" of Plaintiffs' due process rights, is provided by the terms of the existing preliminary injunction. 18 U.S.C. § 3626(a)(1)(A).

Therefore, upon consideration of the parties' Joint Motion for Entry of Order Regarding Case Proceedings, ECF No. 81, as construed by the Court in its Second Minute Order of April 24, 2026, it is hereby **ORDERED** that the Joint Motion is **GRANTED**. It is further **ORDERED** that Defendants (except for President Trump) and their agents, representatives, and all persons or entities acting in concert with them are **ENJOINED** from transferring any Plaintiff or Plaintiff-Intervenor to ADX Florence from May 12, 2026—upon the expiry of the existing preliminary injunction—to August 10, 2026. It is further **ORDERED** that all discovery and case management obligations in this case are **STAYED** until 14 calendar days following the Court's resolution of Defendants' Motion to Dismiss. It is further **ORDERED** that the parties shall file, by July 31, 2026, a joint status report updating the Court as to whether they request another successive, identical preliminary injunction, unless the Court resolves Defendants' Motion before then.

**SO ORDERED.**

3

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: May 5, 2026