**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REJON TAYLOR, *et al.*, | |
| *Plaintiffs,* | |
| and | |
| DAVID RUNYON, *et al.*, | Case No. 1:25-cv-03742-TJK |
| *Plaintiff-Intervenors,* | |
| v. | |
| DONALD J. TRUMP, *et al.*, in their official capacities, | |
| *Defendants.* | |

**NOTICE OF VACATUR OF ADX FLORENCE DESIGNATIONS AND
NEW PROCESS TO DETERMINE APPROPRIATE CONFINEMENT LOCATION**

Defendants hereby notify the Court that the Department of Justice has initiated a new process to determine the appropriate confinement location for Plaintiffs in this case and, in so doing, has vacated Plaintiffs' prior designations to the Administrative Maximum United States Penitentiary in Florence, Colorado ("ADX Florence").

On May 6, 2026, the Federal Bureau of Prisons ("BOP") amended BOP Program Statement 5100.08, *Inmate Security Designation and Custody Classification*, to recognize the Attorney General's authority, pursuant to 28 U.S.C. § 509, to designate or redesignate the place of a prisoner's imprisonment, consistent with the requirements of 18 U.S.C. § 3621(b). *See* **Exhibit A**. On May 8, 2026, BOP notified Plaintiffs that their prior housing designations to ADX Florence

1

have been vacated. *See* **Exhibit B**.[1] Plaintiffs also received individualized letters from the Acting Attorney General notifying them of his intent to "review the appropriate BOP facility" where each of them should be housed, consistent with § 3621(b), and establishing a process for that review. *See* **Exhibit C** (Letters); *see also* **Exhibit D** (Attachment 1 to Letters). The letters also informed the Plaintiffs that the Acting Attorney General had made a presumptive, non-final determination that they should be transferred to ADX Florence, and that a "final individualized determination" of redesignation for each Plaintiff would "consider all factors detailed in 18 U.S.C. § 3621(b)," and "any applicable materials you submit relevant to these criteria and my presumptive determination."

Dated: May 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Marianne F. Kies*
MARIANNE F. KIES
KEVIN BELL
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: 202-353-1819
Email: Marianne.F.Kies@usdoj.gov

*Attorneys for Defendants*

---

[1] Plaintiff Basham, who was never finally designated to ADX Florence, did not receive a notice of vacatur, but received the Attorney General's letter and attachment.