# EXHIBIT A

# U.S. DEPARTMENT OF JUSTICE
## Federal Bureau of Prisons

## CHANGE NOTICE
# Inmate Security Designation and Custody Classification

| | |
|---|---|
| Approved by | William K. Marshall III<br>Director, Federal Bureau of Prisons |
| DPI | CPD |
| Number | 5100.08, CN-3 |
| Date | May 6, 2026 |

This Change Notice (CN) implements a change to Program Statement 5100.08, Inmate Security Designation and Custody Classification, dated September 12, 2006. Change notice updates Section 1, Purpose and Scope. The new language is highlighted. The deleted text has a ~~Strikethrough~~.

1. **PURPOSE AND SCOPE.** This Program Statement provides policy and procedure regarding the Bureau of Prisons inmate classification system. The classification of inmates is necessary to place each inmate in the most appropriate security level institution that also meets their program needs and is consistent with the Bureau's mission to protect society.

~~The Bureau's classification, designation and redesignation procedures are consistent with the statutory authority contained in 18 U.S.C. § 3621(b).~~ Designation and redesignation of an inmate's place of imprisonment shall be consistent with the statutory authority contained in 18 U.S.C. § 3621(b), which requires the Bureau of Prisons to designate an inmate's place of imprisonment subject to consideration of several factors.

28 U.S.C. § 509 provides, "[a]ll functions of other officers of the Department of Justice and all functions of agencies and employees of the Department of Justice are vested in the Attorney General." In certain circumstances, the Attorney General may exercise authority to designate or redesignate the place of a prisoner's imprisonment, consistent with the requirements of 18 U.S.C. § 3621(b).

Notice of the Attorney General's intention to exercise vested authority to designate or redesignate the place of a prisoner's imprisonment shall be provided to the Bureau of Prisons as soon as practicable. Absent such notification, procedures for making classification, designation and redesignation decisions as described herein should be followed by the Bureau of Prisons.

Where authority to determine the place of a prisoner's imprisonment is invoked by the

Attorney General, BOP may provide relevant information in order to facilitate the determination. BOP may also facilitate communication or correspondence between the inmate and the Office of the Attorney General.

All classification, designation and redesignation decisions are made without favoritism given to an inmate's social or economic status.