**EXHIBIT B**

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| NAME | REGISTER NUMBER | INSTITUTION |
| COONCE, Wesley | 30011-039 | THP |

On May 27, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, Inmate Security Designation and Custody Classification, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 27, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

*5-7-26*
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| **NAME** | **REGISTER NUMBER** | **INSTITUTION** |
| COUNCIL, Brandon | 63961-056 | THP |

On May 27, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification</u>, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 27, 2025, designation to ADX Florence is vacated.

S. Salem, Assistant Director
Correctional Programs Division

5-7-26
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| **NAME** | **REGISTER NUMBER** | **INSTITUTION** |
| FULKS, Chadrick | 16617-074 | THP |

On May 12, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification</u>, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 12, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

*5-7-26*
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| **NAME** | **REGISTER NUMBER** | **INSTITUTION** |
| HALL, Charles | 03766-036 | THP |

On May 28, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, Inmate Security Designation and Custody Classification, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you.  *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.).  In light of the preliminary injunction, the May 28, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

5-7-26
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| NAME | REGISTER NUMBER | INSTITUTION |
| HAGER, Thomas | 08596-007 | THP |

On May 27, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, Inmate Security Designation and Custody Classification, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 27, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

5-7-26
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| **NAME** | **REGISTER NUMBER** | **INSTITUTION** |
| HOLDER, Norris | 26902-044 | THP |

On May 27, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, Inmate Security Designation and Custody Classification, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 27, 2025, designation to ADX Florence is vacated.

S. Salem, Assistant Director
Correctional Programs Division

*5-7-26*
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| **NAME** | **REGISTER NUMBER** | **INSTITUTION** |
| JACKSON, Richard | 16669-058 | THP |

On May 29, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification</u>, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 29, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

*5-7-26*
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| NAME | REGISTER NUMBER | INSTITUTION |
| KADAMOVAS, Jurijus | 21050-112 | THP |

On May 30, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification</u>, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 30, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

*5-7-26*
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| **NAME** | **REGISTER NUMBER** | **INSTITUTION** |
| LAWRENCE, Daryl | 66476-061 | THP |

On May 30, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification</u>, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 30, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

*5-7-20*
_____
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| NAME | REGISTER NUMBER | INSTITUTION |
| MIKHEL, Iouri | 23675-112 | THP |

On May 30, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, Inmate Security Designation and Custody Classification, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. See Taylor v. Trump, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 30, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

_5-7-26_
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| NAME | REGISTER NUMBER | INSTITUTION |
| MIKOS, Ronald | 20716-424 | THP |

On May 29, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification</u>, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 29, 2025, designation to ADX Florence is vacated.

S. Salem, Assistant Director
Correctional Programs Division

5-7-26

Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| **NAME** | **REGISTER NUMBER** | **INSTITUTION** |
| ROANE, James, H. Jr. | 32923-083 | THP |

On May 30, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification</u>, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 30, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

*5-7-26*
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| **NAME** | **REGISTER NUMBER** | **INSTITUTION** |
| ROBINSON, Julius | 26190-177 | THP |

On May 29, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification</u>, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 29, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

5-7-26
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| **NAME** | **REGISTER NUMBER** | **INSTITUTION** |
| RUNYON, David | 57997-083 | THP |

On May 29, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, Inmate Security Designation and Custody Classification, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 29, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

5-7-26
_____
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| NAME | REGISTER NUMBER | INSTITUTION |
| SANCHEZ, Ricardo | 75820-004 | THP |

On May 29, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification</u>, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 29, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

*5-7-26*
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| NAME | REGISTER NUMBER | INSTITUTION |
| TAYLOR, Rejon | 41070-074 | THP |

On May 30, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification</u>, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 30, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

*5-7-26*
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| NAME | REGISTER NUMBER | INSTITUTION |
| TIPTON, Richard | 32922-083 | THP |

On May 28, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, Inmate Security Designation and Custody Classification, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 28, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

5-7-26
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
| --- | --- | --- |
| **NAME** | **REGISTER NUMBER** | **INSTITUTION** |
| TORREZ, Jorge | 16054-084 | THP |

On May 28, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, <u>Inmate Security Designation and Custody Classification</u>, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 28, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

5-7-26
Date

.

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| NAME | REGISTER NUMBER | INSTITUTION |
| TROYA, Daniel | 75817-004 | THP |

On May 28, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, Inmate Security Designation and Custody Classification, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.). In light of the preliminary injunction, the May 28, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

5-7-26
Date

| NOTICE OF VACATUR OF ADX GENERAL POPULATION PLACEMENT | | |
|---|---|---|
| NAME | REGISTER NUMBER | INSTITUTION |
| UMANA, Alejandro | 23077-058 | THP |

On May 28, 2025, pursuant to 18 U.S.C. § 3621(b) and Program Statement 5100.08, Inmate Security Designation and Custody Classification, it was determined that ADX Florence is the appropriate place of confinement for you. On February 11, 2026, the United States District Court for the District of Columbia issued a preliminary injunction prohibiting your transfer to ADX Florence during the pendency of a lawsuit filed by you. *See Taylor v. Trump*, Case No. 25-3742 (TJK) (D.D.C.).  In light of the preliminary injunction, the May 28, 2025, designation to ADX Florence is vacated.

_____
S. Salem, Assistant Director
Correctional Programs Division

*5-7-26*
Date