**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REJON TAYLOR, *et al.*, | |
| *Plaintiffs,* | |
| and | |
| DAVID RUNYON, *et al*., | |
| *Plaintiff-Intervenors,* | Case No. 25 Civ. 3742 (TJK) |
| v. | |
| DONALD J. TRUMP, *et al.*, in their official capacities, | |
| *Defendants.* | |

**PLAINTIFFS AND PLAINTIFF-INTERVENORS'**
**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1, Plaintiffs, Plaintiff-Intervenors, and proposed Plaintiff Brandon Basham (together, "Plaintiffs"), by and through their undersigned counsel, hereby move for a preliminary injunction enjoining all Defendants except President Trump from implementing the unlawful and unconstitutional Blanche Process and Amended Program Statement, in whole or in part, including by enjoining all Defendants except President Trump from designating or redesignating Plaintiffs to the U.S. Penitentiary Florence Administrative Maximum Facility ("ADX") pursuant to the Blanche Process or Amended Program Statement. Plaintiffs further ask the Court to retain jurisdiction to ensure the Blanche Process is not applied to Plaintiffs, and to waive any security bond under Rule 65(c). Plaintiffs face imminent redesignation to ADX under the Blanche Process and Amended Program Statement. Preliminary injunctive relief is necessary because the circumstances are exigent and the

injuries are irreparable. The attached memorandum of points and authorities, along with the supporting declaration and exhibits, set forth the grounds for this motion. A proposed order granting the motion is also attached.

Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel conferred with Defendants' counsel regarding this motion. The motion is opposed.

Dated: June 19, 2026
     New York, New York

David C. Fathi**
Maria V. Morris
Carmen Iguina González
**ACLU FOUNDATION**
915 15th Street NW
Washington, DC 20005
Tel: (202) 393-4930
dfathi@aclu.org
mmorris@aclu.org
ciguinagonzalez@aclu.org

Corene T. Kendrick
**ACLU FOUNDATION**
425 California St., Ste. 700
San Francisco, CA 94104
Tel: (202) 393-4930
ckendrick@aclu.org

Brian Stull*
Claudia Van Wyk*
**ACLU FOUNDATION**
201 W. Main St., Ste. 402
Durham, NC 27701
Tel: (919) 682-5659
bstull@aclu.org
cvanwyk@aclu.org

Laura Rovner
Nicole Godfrey
Miriam Kerler
**STUDENT LAW OFFICE**
**UNIVERSITY OF DENVER**
**STURM COLLEGE OF LAW**
2255 E. Evans Ave., Ste. 335
Denver, CO 80210
Tel: (303) 871-6140
laura.rovner@du.edu
nicole.godfrey@du.edu
miriam.kerler@du.edu

Respectfully submitted,

*/s/ David Patton*
David Patton*
Ian Robertson*
Krysta Kilinski*
**HECKER FINK LLP**
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
dpatton@heckerfink.com
irobertson@heckerfink.com
kkilinski@heckerfink.com

Sara Norman, Cal. 189536*
**LAW OFFICES OF SARA NORMAN**
P.O. Box 170462
San Francisco, CA 94117
Tel: (415) 236-3763
sara@saranormanlaw.com

C.J. Sandley, Ala. 5317-S48R*
Kayla Vinson, Ala. 3664-S48Q*
D. Korbin Felder, Miss. 106643*
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6443
csandley@ccrjustice.org
kvinson@ccrjustice.org
kfelder@ccrjustice.org

*Attorneys for Plaintiffs and Plaintiff-Intervenors*

* *Admitted pro hac vice.*
** *Not admitted in D.C.; practice limited to federal courts. Admitted pro hac vice.*

3