**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

REJON TAYLOR et al.,

      *Plaintiffs*,

and

DAVID RUNYON et al.,

      *Plaintiff-Intervenors,*

    v.

DONALD J. TRUMP et al.,

      *Defendants*.

Civil Action No. 25-3742 (TJK)

## ORDER

Having considered the Parties' Joint Motion and Stipulation, ECF No. 113, and the full record herein, for good cause shown, it is hereby **ORDERED** that the Parties' Joint Motion and Stipulation is **GRANTED**.

Consistent with the Parties' stipulation, it is further **ORDERED** that:

1. Defendants shall not initiate the transfer of any Plaintiff or Plaintiff-Intervenor to ADX Florence until at least fourteen days after the Acting Attorney General renders final redesignation decisions as to all Plaintiffs and Plaintiff-Intervenors.

2. Within the fourteen-day period after the Acting Attorney General renders final redesignation decisions as to all Plaintiffs and Plaintiff-Intervenors, the Parties shall confer regarding an appropriate schedule for supplemental briefing and argument on Plaintiff and Plaintiff-Intervenors' motion for a preliminary injunction and the related extension of the Parties' stipulation to allow for the Court's consideration of the same. *See* ECF No. 100.

2

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: July 24, 2026