**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REJON TAYLOR, *et al.*, <br><br> *Plaintiffs*, <br><br> and <br><br> DAVID RUNYON, *et al.*, <br><br> *Plaintiff-Intervenors*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, in their official capacities, <br><br> *Defendants.* | Case No. 1:25-cv-03742-TJK |

**JOINT STATUS REPORT**

Pursuant to the Court's May 5, 2026 Order requiring that the Parties "file, by July 31, 2026, a joint status report updating the Court as to whether they request another successive, identical preliminary injunction, unless the Court resolves Defendants' Motion before then," ECF 86, at 2, the Parties hereby submit the following Joint Status Report:

In light of the Parties' Stipulation that Defendants will not initiate the transfer of any Plaintiff or Plaintiff-Intervenor to ADX Florence until at least fourteen days after the Acting Attorney General renders final redesignation decisions for all Plaintiffs and Plaintiff-Intervenors,[1] ECF 113, ¶ 9, and the Court's July 24, 2026 Order adopting the Parties' Stipulation as an order of the Court, ECF 114, the Parties do not request a successive preliminary injunction at this time.

---

[1] Unless otherwise noted, "Plaintiffs" refers to both Plaintiffs and Plaintiff-Intervenors.

**Plaintiffs' Report**

Plaintiffs further report for the Court's awareness that, on Monday July 27, 2026, counsel for Plaintiffs became aware that BOP personnel had contacted several Plaintiffs that morning to notify them that they will be subject to psychological evaluations.  Some of the Plaintiffs contacted were also asked to sign documents indicating that they would be referred to ADX-Florence. In light of this development, counsel for Plaintiffs contacted counsel for Defendants to seek more information and clarify the purpose of the psychological evaluations.  The Parties are continuing to discuss this development and the information shared by Defendants.

**Defendants' Report**

On Wednesday, July 29, 2026, Plaintiffs' counsel messaged Defendants' counsel with several questions about psychological examinations associated with the ongoing redesignation process. Defendants' counsel responded on July 31, 2026. The entire email correspondence is attached in the interest of completeness and for the Court's awareness.

Dated: July 31, 2026

Respectfully submitted,


/s/ Joshua A. Matz

Joshua A. Matz
Cody T. Knapp*
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (212) 763-0883
jmatz@heckerfink.com
cknapp@heckerfink.com


C.J. Sandley, Ala. 5317-S48R*
Kayla Vinson, Ala. 3664-S48Q*
D. Korbin Felder, Miss. 106643*
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6443
csandley@ccrjustice.org
kvinson@ccrjustice.org
kfelder@ccrjustice.org


Sara Norman, Cal. 189536*
**LAW OFFICES OF SARA NORMAN**
P.O. Box 170462
San Francisco, CA 94117
Tel: (415) 236-3763
sara@saranormanlaw.com


Claudia Van Wyk*
**ACLU FOUNDATION**
201 W. Main St., Ste. 402
Durham, NC 27701
Tel: (919) 682-5659
cvanwyk@aclu.org


Corene T. Kendrick
**ACLU FOUNDATION**
425 California St., Ste. 700
San Francisco, CA 94104
Tel: (202) 393-4930
ckendrick@aclu.org

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director

ANDREW I. WARDEN
Assistant Branch Director

/s/   Kevin K. Bell

KEVIN K. BELL
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: 202-305-8613
Email: Kevin.K.Bell@usdoj.gov

*Counsel for Defendants*

3

Laura Rovner
Nicole Godfrey
**STUDENT LAW OFFICE**
**UNIVERSITY OF DENVER**
**STURM COLLEGE OF LAW**
2255 E. Evans Ave., Ste. 335
Denver, CO 80210
Tel: (303) 871-6140
laura.rovner@du.edu
nicole.godfrey@du.edu

David C. Fathi**
Maria V. Morris
Carmen Iguina González
**ACLU FOUNDATION**
915 15th Street NW
Washington, DC 20005
Tel: (202) 393-4930
dfathi@aclu.org
mmorris@aclu.org
ciguinagonzalez@aclu.org

David Patton*
Ian Robertson*
Krysta Kilinski*
**HECKER FINK LLP**
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
dpatton@heckerfink.com
irobertson@heckerfink.com
kkilinski@heckerfink.com

*Attorneys for Plaintiffs and Plaintiff-Intervenors*

*\* Admitted pro hac vice.*
*\*\* Not admitted in D.C; practice limited to federal courts. Admitted pro hac vice.*

4