**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REJON TAYLOR, *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>DAVID RUNYON, *et al.*,<br><br>*Plaintiff-Intervenors*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants.* | Case No. 1:25-cv-03742-TJK |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Please take notice that as of September 29, 2026, Cody Knapp is no longer associated with the firm Hecker Fink LLP, and will no longer be representing Plaintiffs and Plaintiff-Intervenors, in the above-captioned proceeding. Plaintiffs and Plaintiff-Intervenors will continue to be represented by remaining counsel of record from Hecker Fink LLP.

Dated: October 1, 2026

/s/ Cody Taylor Knapp
Cody Taylor Knapp

/s/ David Patton
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
dpatton@heckerfink.com

*Counsel for Plaintiffs and Plaintiff-Intervenors*