AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

REJON TAYLOR et al.
*Plaintiff*
v.
DONALD J. TRUMP et al., in their official capacities
*Defendant*

Case No. 1:25-cv-03742-TJK

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Rejon Taylor et al. .

Date: Nov.,12, 2026

*Attorney's signature*

Donald Korbin Felder, MS #106643
*Printed name and bar number*

Center for Constitutional Rights
666 Broadway, 7th Fl.
New York, NY 10012
*Address*

kfelder@ccrjustice.org
*E-mail address*

(212) 614-6497
*Telephone number*

(212) 614-6449
*FAX number*